CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
JUL 30 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| KNYTA WHITE, | ) | CASE NO. 4:07CV00052 |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| FORD MOTOR CO., | ) | By: B. WAUGH CRIGLER |
| | ) | U.S. MAGISTRATE JUDGE |
| Defendant. | ) | |

The parties having verbally moved for a protective order during a telephonic hearing before the undersigned on July 30, 2008, it hereby is

ORDERED

that the deposition of defendant's Rule 30(b)(6) deponent be taken on July 31, 2008. The deposition shall begin at 9:30 a.m. and end no later than 5:00 p.m.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/
United States Magistrate Judge

7/30/08
Date